UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETRO TSIMBALYUK,<br><br>                    Petitioner,<br><br>     v.<br><br>NATHALIE ASHER, ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | NO. C12-1802-MJP-JPD<br><br>REPORT AND RECOMMENDATION |

On January 22, 2013, petitioner Petro Tsimbalyuk, through counsel, filed a notice of stipulated dismissal of action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), requesting that the Court dismiss this action without prejudice because petitioner has been released from immigration custody. Dkt. No. 22. The Court, having reviewed the notice, recommends that this action and all claims asserted herein be dismissed without prejudice. A proposed order accompanies this Report and Recommendation.

DATED this 23rd day of January, 2013.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1