UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETRO TSIMBALYUK,<br><br>                Petitioner,<br><br>    v.<br><br>NATHALIE ASHER, ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | NO.  C12-1802-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's notice of stipulated dismissal of action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Dkt. No. 22, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation.

(2)    This action and all claims asserted herein are DISMISSED without prejudice.

(3)    The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 28th day of January, 2013.

                              Marsha J. Pechman
                              United States District Judge

ORDER OF DISMISSAL - 1